## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 1:24-cr-376 (TSC) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ERIC LEE PETERSON,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 1752(a)(1) |
| **Defendant.** | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Eric Lee Peterson, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.  On January 6, 2021, Peterson traveled to Washington, D.C. from the Midwest to attend the "Stop the Steal" rally that morning. He made his way to the U.S. Capitol and entered the restricted area of the Capitol Grounds on the east side. While Peterson stood outside the locked Rotunda doors, he saw nearby rioters working to force their way inside and chanting "This is our house!" as the building alarm audibly blared from within the Capitol building. *See* Figure 1 below.



*Figure 1*

9. The Rotunda doors were first breached by rioters who shattered the glass to the doors and forced them open. USCP officers worked to resecure and close the Rotunda doors. However, the officers were overwhelmed with rioters continuing to enter the Capitol. At approximately 3:03 PM, Peterson entered the Capitol building. To do so, he walked right by a police officer posted at the doors. When he entered, Peterson knew that the building was off limits and he was not authorized to be there. *See* Figure 2 through Figure 4 below.



*Figure 2*



Figure 3



Figure 4

10. Beginning at approximately 3:02 PM, as Peterson entered the Capitol Building but before he was inside the Rotunda, dozens of police officers entered the Rotunda and began dispersing the rioters located in that area. *See* Figure 5 though Figure 7 below. Peterson entered the Rotunda at approximately 3:04 PM and took photographs with his cellphone while there.



*Figure 5*



*Figure 6*



*Figure 7*

11.     At approximately 3:07 PM, Peterson and other rioters exited the Capitol Rotunda because USCP officers (circled below in yellow) ushered them out. *See* Figure 8 and Figure 9.



*Figure 8*

12.     USCP officers closed the doors to stem the tide of rioters entering the building.

However, at approximately 3:11 PM, the Rotunda doors were opened again. Peterson then exited the Capitol building through those same doors he had previously entered.



*Figure 9*

13. Peterson entered and remained in other prohibited areas of the Capitol Grounds on January 6 including the Upper West Terrace, the restricted nature of which was indicated by the presence of police and fencing. *See* Figure 10 and Figure 11 below.



*Figure 10*



*Figure 11*

### *Elements of the Offense*

14. The parties agree that Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so; and

   b. Second, the defendant did so knowingly.

### *Defendant's Acknowledgments*

15. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly entered and remained in a restricted building or grounds, that is, any posted, cordoned-off, and otherwise restricted area within the

United States Capitol and its grounds, where the Vice President was or would be visiting the U.S. Capitol on that day, without lawful authority to do so.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

By:    *s/ Cytheria D. Jernigan*
          CYTHERIA D. JERNIGAN
          Assistant United States Attorney
          D.C. Bar No. 494742
          Capitol Siege Section, Detailee
          U.S. Attorney's Office
          District of Columbia
          Telephone No: (318) 676-3600
          cytheria.jernigan@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Eric Lee Peterson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/29/24

Eric Lee Peterson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/30/24

R. Michael Bullotta
Attorney for Defendant